| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| LESLIE I. ROGGE, § | |
| § | |
| Petitioner, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:10-CV-720 |
| § | |
| U.S. BUREAU OF PRISONS, *et al.*, § | |
| § | |
| Respondents. § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Petitioner, Leslie I. Rogge, an inmate confined at the FCC Beaumont, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends petitioner's motion to dismiss be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered

in accordance with the Magistrate Judge's recommendation.

SIGNED at Sherman, Texas, this 18th day of October, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE